IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOEL DARNELL PATTON,
Reg. #34351-077                                                                                           PETITIONER

v.                                    2:15CV00156-JM-JJV

C.V. RIVERA, Warden,
Forrest City Medium                                                                                   RESPONDENT

### ORDER

After pleading guilty to convicted felon in possession of a firearm and aiding and abetting, Joel Patton filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 in the Northern District of Texas, San Angelo Division. *Patton v. United States*, No. 6:09-cv-00077-C (N.D. Tex. Aug. 28, 2009), ECF No. 1. The motion was denied, and the case was dismissed. Mr. Patton filed the current Petition for Writ of Habeas Corpus (Doc. No. 1) in the Eastern District of Arkansas on September 25, 2015, challenging his sentence in light of the United States Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015). After a thorough review of the Petition, the Court finds that venue properly lies in the Northern District of Texas. Petitioner is asking this Court to reduce his sentence. However, the sentencing court is the only court that has jurisdiction to modify a sentence that it imposed. 28 U.S.C. § 2255.

Therefore, the Clerk of the Court shall immediately TRANSFER PETITIONER'S ENTIRE CASE FILE to the Northern District of Texas, San Angelo Division, 33 East Twohig Avenue #202, San Angelo, Texas 76903. All pending motions are denied as moot.

IT IS SO ORDERED this 17th day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE